RICHARD F. GOODMAN v. THE BOARD OF FREEHOLDERS OF THE COUNTY OF SUSSEX.

Argued February, 1901—Decided June 10, 1901.

When the time has passed within which the publication of the financial statement of the county collector should have been made, *mandamus* will not not be granted to compel such publication.

On application for a *mandamus*.

Before Justices VAN SYCKEL, GARRISON and GARRETSON.

For the relator, *John L. Swayze.*

For the respondent, *Levi H. Morris.*

PER CURIAM.

This is an application for a *mandamus* to require the Sussex freeholders to publish the financial statement of the county collector for the year ending May 8th, 1900, in the "Sussex Register."

The law required the publication to be made in two papers, one of each political party.

The publication was made in the "Sussex Independent," which the relator, the proprietor of the "Sussex Register," alleges is not a Republican paper.

Whether this court is a proper tribunal to determine what constitutes a Democratic or a Republican newspaper is not decided.

The time has passed within which the publication should have been made, and therefore the application is denied, without costs.